**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JEAN COULTER, : No. 9 WM 2016
:
Petitioner :
:
:
:
v. :
:
:
:
SUPERIOR COURT OF PENNSYLVANIA, :
:
Respondent :

## ORDER

**PER CURIAM**

 **AND NOW**, this 24th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

 Justices Eakin and Wecht did not participate in the consideration or decision of this matter.